# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>　　　Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| AMBAC ASSURANCE CORPORATION,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; JOSÉ B. CARRIÓN III; ANDREW G. BIGGS; CARLOS M. GARCÍA; ARTHUR J. GONZÁLEZ; JOSÉ R. GONZALEZ; ANA J. MATOSANTOS; DAVID A. SKEEL, JR.,<br><br>　　　Defendants. | Adv. Proc. No. 20-00068-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

**TO THE HONORABLE COURT:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, and Local Rule 7.1 of the Local Rules of the United States District Court for the District of Puerto Rico, Ambac Assurance Corporation's ("Ambac") corporate disclosure statement is updated as follows:

Ambac respectfully states that it is a wholly owned subsidiary of Ambac Financial Group, Inc. ("AFG"). AFG is a public corporation whose stock is traded on the New York Stock Exchange (AMBC). According to recent Schedule 13F filings made with the U.S. Securities and Exchange Commission as of September 30, 2020, BlackRock, Inc. is a beneficial owner of 10% or more of AFG stock. The most recent filings no longer show The Vanguard Group as a beneficial owner of 10% or more of AFG stock.

[*Remainder of page intentionally left blank*]

1

Dated: December 23, 2020

**FERRAIUOLI LLC**
By: /s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
Sonia Colón (USDC-PR No. 213809)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile:  (787) 766-7001
Email:  rcamara@ferraiuoli.com
          scolon@ferraiuoli.com

| | |
|---|---|
| **COOLEY LLP** | **MILBANK LLP** |
| By: /s/ *Elizabeth B. Prelogar* | By: /s/ *Atara Miller* |
| Elizabeth B. Prelogar (admitted *pro hac vice*) | Dennis F. Dunne (admitted *pro hac vice*) |
| 1299 Pennsylvania Avenue NW, | Atara Miller (admitted *pro hac vice*) |
| Suite 700 | Grant R. Mainland (admitted *pro hac vice*) |
| Washington, DC 20004 | John J. Hughes, III (admitted *pro hac vice*) |
| Telephone: (202) 842-7800 | Jonathan Ohring (admitted *pro hac vice*) |
| Facsimile: (787) 766-7001 | 55 Hudson Yards |
| Email: eprelogar@cooley.com | New York, NY 10001 |
| | Telephone: (212) 530-5000 |
| Reed Smith (admitted *pro hac vice*) | Facsimile: (212) 530-5219 |
| 55 Hudson Yards | Email: ddunne@milbank.com |
| New York, NY 10001-2157 | amiller@milbank.com |
| Telephone: (212) 479-6000 | gmainland@milbank.com |
| Facsimile: (212) 479-6275 | jhughes2@milbank.com |
| Email: reed.smith@cooley.com | johring@milbank.com |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this same date a true and exact copy of this notice was filed with

the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.


/s/ Roberto Cámara-Fuertes
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile:  (787) 766-7001
Email:  rcamara@ferraiuoli.com