# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

Set: 10:00 AM (AST)
Started: 10:00 AM (AST)
Ended: 12:14 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE JUDGE LAURA TAYLOR SWAIN**  DATE: January 12, 2021

COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| Ambac Assurance Corporation<br><br>Plaintiff<br><br>v<br><br>The Financial Oversight and Management Board for Puerto Rico, *et al.*<br><br>Defendants | 3:20-AP-00068 (LTS) |

**Hearing on Motion to Dismiss [Docket No. 37] held.**

Arguments heard.

Matter taken under advisement. Order to be issued.

Hearing on Motion to Dismiss
3:20-AP-00068 (LTS)
January 12, 2021

   **Hearing on Adjourned Omnibus Objections set for January 14, 2021 at 9:30 AM (AST) before Judge Laura Taylor Swain.**

                       <u>s/Carmen Tacoronte</u>
                       Carmen Tacoronte
                       Courtroom Deputy Clerk